**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL EDUARDO FLOREZ RODRIGUEZ, A# 241 883 891,<br><br>Petitioner,<br><br>v.<br><br>JOHN E. RIFE, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, et al.,<br><br>Respondents. | CIVIL ACTION NO. 3:26-cv-01696<br><br>(SAPORITO, J.) |

**AMENDED ORDER**

AND NOW, this 15th day of September, 2026, in accordance with the accompanying Amended Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall **immediately release** the petitioner from custody;

3. The respondent shall file a written notice of the petitioner's release from custody **within three (3) days** after such release;

4. In the interim, the respondent shall file a written status

report with respect to the petitioner's custody status **every seven (7) days** after entry of this order, until the petitioner's actual release from custody; and

5. The petitioner's motion to expedite (Doc. 6) is **DENIED as moot**; and

6. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge