**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

DANIEL EDUARDO FLOREZ RODRIGUEZ, A# 241 883 891,

Petitioner,

v.

JOHN E. RIFE, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, et al.,

Respondents.

CIVIL ACTION NO. 3:26-cv-01696

(SAPORITO, J.)

**ORDER**

AND NOW, this 15th day of September, 2026, upon further consideration of the petition (Doc. 1), response (Doc. 3), and reply (Doc. 4), and in light of the recent decision by the United States Court of Appeals for the Third Circuit in *Buele Morocho v. Warden Phila. FDC*, ___ F.4th ____, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), **IT IS HEREBY ORDERED THAT** the Amended Memorandum and Amended Order filed herewith **SUPERSEDE** the Memorandum (Doc. 7) and Order (Doc. 8) entered in this case on August 21, 2026. *See Bryant v. N.J. Dep't of Transp.*, 998 F. Supp. 438, 441 (D.N.J. 1998) ("A district court may . . .

vacate a judgment pursuant to Rule 59(e) on the basis of an intervening change in controlling law."); *id.* at 442 ("A district court may invoke this power *sua sponte*."); *see also Graham v. Hoffer*, No. 1:05-CV-2679, 2008 WL 4570667, at *1 (M.D. Pa. Oct. 10, 2008) (quoting *Bryant*, 998 F. Supp. at 442).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge